IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WEB 2.0 TECHNOLOGIES, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**PROOFHUB, LLC,**<br><br>    **Defendant.** | Civil Action No. _____<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Web 2.0 Technologies, LLC ("Web 2.0 Technologies" or "Plaintiff") files this Complaint against Defendant ProofHub, LLC ("Defendant" or "ProofHub"), seeking damages and other relief for patent infringement, and alleges with knowledge to its own acts, and on information and belief as to other matters, as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

**THE PARTIES**

2. Plaintiff Web 2.0 Technologies, LLC ("Web 2.0 Technologies") is a Texas limited liability corporation with its principal place of business at 5900 Balcones Dr., Ste. 100, Austin, TX 78731-4298.

3. Plaintiff Web 2.0 Technologies is the owner by assignment of 100% interest in the Asserted Patents.

- 1 -

4. On information and belief, Defendant ProofHub, LLC. ("ProofHub") is a limited liability company organized and existing under the laws of Delaware, with its principal place of business at 340 S. Lemon Avenue #8090, Walnut, CA 91789. ProofHub is registered with the State of Delaware and may be served with process through its registered agent, Harvard Business Services, Inc, 16192 Coastal Hwy, Lewes, DE 19958.

## JURISDICTION AND VENUE

5. This action for patent infringement arises under the patent laws of the United States, Title 35 of the United States Code.

6. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

7. Defendant ProofHub is subject to this Court's general personal jurisdiction at least because ProofHub is a Delaware corporation.

8. Defendant ProofHub is additionally subject to this Court's general and specific personal jurisdiction because ProofHub has sufficient minimum contacts within the State of Delaware and this District, pursuant to due process and/or the Delaware Long Arm Statute, Del. Code. Ann. Tit. 3, § 3104. On information and belief, Defendant ProofHub contracted with one or more Delaware residents in this District and one or both parties performed the contract at least in part in the State of Delaware and this District; ProofHub committed the tort of patent infringement in the State of Delaware and this District; ProofHub purposefully availed itself of the privileges of conducting business in the State of Delaware and in this District; ProofHub regularly conducts and solicits business within the State of Delaware and within this District; Plaintiff's causes of action arise directly from ProofHub' business contacts and other activities in the State of Delaware and this District; and ProofHub distributes, makes available, imports, sells and offers to sell products and services throughout the United States, including in this judicial District, and introduces infringing products and services that into the stream of commerce

knowing that they would be used and sold in this judicial district and elsewhere in the United States.

9. On information and belief, Defendant ProofHub designs, develops, sells, offers to sell, and/or imports products, devices, systems, and/or components of systems through certain accused instrumentalities that either infringe or support the infringement of the patents asserted in this action.

10. On information and belief, ProofHub sells and offers to sell products and services throughout the United States and in Delaware, including in this District, through the accused instrumentalities, through its website accessible in the United States, and in concert and partnership with third parties.

11. Furthermore, personal jurisdiction over ProofHub in this action comports with due process. ProofHub has conducted and regularly conducts business within the United States and this District. ProofHub has purposefully availed itself of the privileges of conducting business in the United States, and more specifically in the State of Delaware and this District. ProofHub has sought protection and benefit from the laws of the State of Delaware by making available products and services, including websites and associated web pages, that infringe the Asserted Patents with the awareness and/or intent that they will be used (or visited) by consumers in this District. Having purposefully availed itself of the privilege of conducting business within this District, ProofHub should reasonably and fairly anticipate being brought into court here.

12. Venue is proper in this judicial district under 28 U.S.C. § 1391 and 28 U.S.C. § 1400(b). On information and belief, ProofHub is a Delaware corporation. On information and belief, ProofHub's acts of infringement have taken place within this District.

13. Additionally, ProofHub—directly or through intermediaries (including distributors, retailers, and others), subsidiaries, alter egos, and/or agents—ships, distributes, offers for sale, and/or sells its products and services in the United States and this District. ProofHub has purposefully and voluntarily placed one or more of its products into the stream of commerce through the accused instrumentalities that infringe the patents asserted in this action with the awareness and/or intent that they will be purchased by consumers in this District. ProofHub knowingly and purposefully ships infringing products into, and within, this District. These infringing products have been, and continue to be, purchased by consumers and businesses in this District.

## THE ASSERTED PATENTS

14. On March 13, 2007, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 6.845,448 ("the '448 Patent"), entitled "Online Repository for Personal Information." A copy of the '448 Patent is attached hereto as Exhibit 1.

15. Plaintiff owns all substantial right, title, and interest in the '448 Patent, and holds the right to sue and recover damages for infringement thereof, including past infringement.

16. On February 14, 2012, the USPTO duly and legally issued U.S. Patent No. 8,117,644 ("the '644 Patent"), entitled "Method and System for Online Document Collaboration." A copy of the '644 Patent is attached hereto as Exhibit 2.

17. Plaintiff owns all substantial right, title, and interest in the '644 Patent, and holds the right to sue and recover damages for infringement thereof, including past infringement.

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 6,845,448

18. Plaintiff incorporates and realleges the preceding paragraphs as if fully set forth herein.

19. The '448 Patent is directed to a method and system for gathering, storing personal information on a server computer and releasing such information to authorized requesters, as described and claimed in the '448 Patent.

20. Defendant has and continues to directly and jointly (e.g., with its users and customers) infringe at least Claim 1 of the '448 Patent, in this judicial District and elsewhere in the United States, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by, among other things, by making, using, selling, offering to sell, and/or importing in or into the United States, without authority, applications to provide a method for automatically sharing portions of personal information with authorized iusers members via products offered by ProofHub, such as Project Management and other workflow applications, on its website www.proofhub.com (including all sub-web pages) and maintained on servers located in and/or accessible from the United States under the control of Defendant (hereinafter, the "'448 Accused Instrumentalities") as shown below, for example:



*See e.g.,* https://www.proofhub.com (last visited Feb. 8, 2023)(annotated)(ProofHub products offered for sale, such as Project Management Software).

> **The one place for all your projects and team collaboration**
>
> ✔ All the tools your team needs put under one roof
> ✔ Ultimate control over teams and projects easier than ever
> ✔ On time project delivery & on point team accountability
> ✔ Easy-to-understand with little to no learning curve
> ✔ No per user fee & simple fixed price plans

*See e.g.,* https://www.ProofHub.com (last visited Feb. 8, 2023)(annotated)(ProofHub application allow project management and team collaboration for projects and documents).

> **PROJECT MANAGEMENT**
>
> **Keep your projects on course. Plan, organize, and manage with ProofHub**
>
> Define project-specific goals, estimate project scope, get regular feedback and updates, streamline communication, design a schedule, assign tasks, and deliver value to clients with ProofHub - a top project planning software.

*See e.g.,* https://www.proofhub.com (last visited Feb. 8, 2023)(annotated)(ProofHub application allow project management and team collaboration for projects and documents).

21. By way of example, the '448 Accused Instrumentalities provide a method for automatically disbursing a first party's personal information to a second party upon request and authorized by the first party by transmitting said first party's personal information from a server computer operated by a service provider, said server computer coupled to a database. For example, the '448 Accused Instrumentalities allow a first party using the '448 Instrumentalities to include any information, including personal information, on the ProofHub Project Management app, which can then be shared with or transmitted to the authorized second party if the second party is authorized with sufficient permissions in a role in a ProofHub project. This is shown below, for example:



*See e.g.,* https://www.proofhub.com/try (last visited Feb. 8, 2023)(annotated)(ProofHub products allow entry of personal information of a user when registering with the product, which may be displayed later in certain contexts).



*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows three different roles that allow different access levels for sections of ProofHub, including personal information).

> Owner and admin can see all the projects added to the account whereas a Normal user can only see the assigned projects in their account. Since these roles are predefined so they can not be edited. However, you can always create a new role and define the access level or permission for each section. here's how:

*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows three different roles that allow different access levels for sections of ProofHub, including personal information).

> There are three types of access levels to customize a role in ProofHub.
>
> **View only** – With this option, one can only view things in their account but won't be able to add, edit and manage them.
>
> **View and add** – With this option, one can view things in a section and also, add items in it but can't edit any item.
>
> **View and manage** – With this option, one can give users access to view, add, edit, delete and manage items from their account.

*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows three access levels defining access and editing of information for project information, for example, including access to personal information of a first user).

22. In addition, the '448 Accused Instrumentalities allow an administrator to set up "access levels" (e.g., "View only," "View and add," "View and manage") with permissions that allow or prevents team members (second users) to access personal information about other parties within project management and workflow applications, as shown below:

> There are three types of access levels to customize a role in ProofHub.
>
> **View only** – With this option, one can only view things in their account but won't be able to add, edit and manage them.
>
> **View and add** – With this option, one can view things in a section and also, add items in it but can't edit any item.
>
> **View and manage** – With this option, one can give users access to view, add, edit, delete and manage items from their account.

*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows three access levels defining access and editing of information for project information, for example, including access to personal information of a first user).

   23.  The '448 Accused Instrumentalities provide that once permitted, the second party can access the first party's personal information on ProofHub's server computer, which is coupled to a database, automatically, as shown below:



*See e.g.*, https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows adding a second user with personal information, to a project, with certain access roles).



*See e.g.*, https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows three access levels defining access and editing of information for project information, for example, including access to personal information of a first user).

24. If the requesting second party does not have an access level to allow viewing certain personal information related to a project offered by the '448 Accused Instrumentalities – having appropriate permissions – the requesting second party's request for such information is rejected.

> There are three types of access levels to customize a role in ProofHub.
>
> **View only** – With this option, one can only view things in their account but won't be able to add, edit and manage them.
>
> **View and add** – With this option, one can view things in a section and also, add items in it but can't edit any item.
>
> **View and manage** – With this option, one can give users access to view, add, edit, delete and manage items from their account.

*See, e.g.*, https://help.proofhub.com/plus/account/custom-roles-2 (last visited Feb. 8, 2023)(annotated)(illustrating that ProofHub prevents users from accessing personal information when they do not have appropriate permissions).

25. Discovery is expected to uncover the full extent of Defendant's infringement of the '448 Patent beyond the '448 Accused Instrumentalities already identified through public information.

26. Defendant has had actual knowledge of the '448 Patent since on or about June 15, 2021, the date on which Defendant received notice from Plaintiffs that such activities infringed the '448 Patent.

27. Defendant has directly and jointly infringed the '448 Patent and is thus liable for direct and joint infringement of the '448 Patent pursuant to 35 U.S.C. § 271.

28. Plaintiff has suffered, and continue to suffer, damages as a result of Defendant's infringement of the '448 Patent.

29.     Defendant has continued to infringe the '448 Patent since at least June 15, 2021 (the date on which Defendant received Plaintiff's June 15, 2021, notice letter) despite being on notice of the '448 Patent and its infringement.  Defendant has therefore infringed the '448 Patent knowingly, willfully, deliberately, and in disregard of Plaintiff's patent rights since at least June 15, 2021 (the date on which Defendant received Plaintiff's June 15, 2021, notice letter), at least by infringing with actual knowledge of its direct infringement or while remaining willfully blind to the fact of its direct infringement.  As a result of at least this conduct, Plaintiff is entitled to enhanced damages under 35 U.S.C. § 284 and to attorneys' fees and costs under 35 U.S.C. § 285.

30.     Plaintiff reserves the right to modify its infringement theories as discovery progresses in this case.  Plaintiff shall not be estopped for purposes of its infringement contentions or its claim constructions by the foregoing discussions on how the '448 Accused Instrumentalities infringe the '448 Patent.  Plaintiff intends only that the foregoing discussions satisfy the notice requirements of Rule 8(a)(2) of the Federal Rule of Civil Procedure, and that they should not be construed as Plaintiff's preliminary or final infringement contentions or preliminary or final claim construction positions.

## COUNT II - INFRINGEMENT OF U.S. PATENT NO. 8,117,644

31.     Plaintiff incorporates and realleges the preceding paragraphs as if fully set forth herein.

32.     The '644 Patent is directed to method and system for online document collaboration, as described and claimed in the '644 Patent.

33.     Defendant has and continues to directly and jointly infringe at least Claim 1 of the '644 Patent, in this judicial District and elsewhere in the United States, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by, among other things, making, using,

selling, offering to sell, and/or importing in or into the United States, without authority, applications that facilitate secure collaboration on editing, viewing and sharing documents online with multiple parties, including, without limitation, collaboration products such as such as Project Management and other ProofHub products and content offered by ProofHub, such as Project Management and other workflow applications, on its website www.proofhub.com (including all sub-web pages) and maintained on servers located in and/or accessible from the United States under the control of Defendant] for sale and use via https://www.proofhub.com (including all sub-web pages) and maintained on servers located in and/or accessible from the United States under the control of Defendant (hereinafter, the "'644 Accused Instrumentalities"), as shown below:



*See e.g.,* https://www.proofhub.com (last visited Feb. 8, 2023)(annotated)(ProofHub products offered for sale, such as Project Management Software).

> **The one place for all your projects and team collaboration**
> ✓ All the tools your team needs put under one roof
> ✓ Ultimate control over teams and projects easier than ever
> ✓ On time project delivery & on point team accountability
> ✓ Easy-to-understand with little to no learning curve
> ✓ No per user fee & simple fixed price plans

*See e.g.,* https://www.proofhub.com (last visited Feb. 8, 2023)(annotated)(ProofHub applications allow project management and team collaboration for projects and documents).

> **PROJECT MANAGEMENT**
>
> **Keep your projects on course. Plan, organize, and manage with ProofHub**
>
> Define project-specific goals, estimate project scope, get regular feedback and updates, streamline communication, design a schedule, assign tasks, and deliver value to clients with ProofHub - a top project planning software.

*See e.g.,* https://www.proofhub.com (last visited Feb. 8, 2023)(annotated)(ProofHub application allow project management and team collaboration for projects and documents).

34. By way of example, the '644 Accused Instrumentalities provide an online document collaboration method between a Workzone team member with permissions that allow or prevents team members (second users) with appropriate permissions (e.g., .g., "View only," "View and add," "View and manage") and another Workzone member, who have been assigned

different roles and permissions to access and modify shared resources and documents, as shown below:



*See e.g.*, https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that Proofhub allows three different roles that allow different access levels for sections of Proofhub, including viewing and editing documents created by a first user).



*See e.g.*, https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that Proofhub allows three different roles that allow different access levels for sections of Proofhub, including viewing and editing documents created by a first user).

*See e.g.*, https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that Proofhub allows three access levels defining access and editing of information for project information, for example, including viewing and editing documents created by a first user).

35. More specifically, the '644 Accused Instrumentalities provide a platform of online applications, such as a Project Management app, that allow a user to create documents stored on a server; a first user (administrator) may restrict access to the documents or objects so that a second user may not have access to certain functionality for viewing and modifying documents; and allow a second user, who has second user permissions to access and modify documents in the ProofHub project, when requesting access to these documents, as shown below:



*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows three different roles that allow different access levels for sections of ProofHub).

Owner and admin can see all the projects added to the account whereas a Normal user can only see the assigned projects in their account. Since these roles are predefined so they can not be edited. However, you can always create a new role and define the access level or permission for each section. here's how:

*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that *ProofHub* allows three different roles that allow different access levels for sections of ProofHub, including edit privileges for projects and documents).

There are three types of access levels to customize a role in ProofHub.

**View only** – With this option, one can only view things in their account but won't be able to add, edit and manage them.

**View and add** – With this option, one can view things in a section and also, add items in it but can't edit any item.

- 16 -



*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that *ProofHub* allows three access levels defining access and editing of information for project information, for example, including editing documents created by a first user).

36.  The '644 Accused Instrumentalities store identifying information of the one or more users who approved or disapproved the modifications to the document, by providing an approval process that shows acceptance or denial of edits to a document, as shown below:

*See e.g.,* https://help.proofhub.com/plus/account/custom-roles-2/ (last visited Feb. 8, 2023)(annotated)(showing that ProofHub allows three access levels defining access and editing of information for project information, for example, including access to personal information of a first user).



*See, e.g.,* https://help.proofhub.com/plus/files/proofing-reviewal/ (last visited Feb. 3, 2023)(annotated)(showing approvals for revised documents).

*See, e.g.,* https://help.ProofHub.com/plus/account/activity-logs/ (last visited Feb. 3, 2023)(annotated)(showing activity logs for approvals/disapprovals).

37. Defendant has had actual knowledge of the '644 Patent since at least June 15, 2021 (the date on which Defendant received Plaintiff's June 15, 2021, notice letter) that such activities infringed the '644 Patent.

38. Defendant has directly and jointly infringed the '644 Patent and is thus liable for direct and joint infringement of the '644 Patent pursuant to 35 U.S.C. § 271.

39. Plaintiff has suffered, and continues to suffer, damages as a result of Defendant's infringement of the '644 Patent.

40.     Defendant has continued to infringe the '644 Patent since at least June 15, 2021 (the date on which Defendant received Plaintiff's June 15, 2021, notice letter), despite being on notice of the '644 Patent and its infringement.  Defendant has therefore infringed the '644 Patent knowingly, willfully, deliberately, and in disregard of Plaintiff's patent rights since at least June 15, 2021 (the date on which Defendant received Plaintiff's June 15, 2021, notice letter), at least by infringing with actual knowledge of its direct infringement or while remaining willfully blind to the fact of its direct infringement.  As a result of at least this conduct, Plaintiffs are entitled to enhanced damages under 35 U.S.C. § 284 and to attorneys' fees and costs under 35 U.S.C. § 285.  Plaintiff reserves the right to modify its infringement theories as discovery progresses in this case.  Plaintiff shall not be estopped for purposes of its infringement contentions or its claim constructions by the foregoing discussions on how the '644 Accused Instrumentalities infringe the '644 Patent.  Plaintiffs intend only that the foregoing discussions satisfy the notice requirements of Rule 8(a)(2) of the Federal Rule of Civil Procedure, and that they should not be construed as Plaintiff's preliminary or final infringement contentions or preliminary or final claim construction positions.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment for itself and against Defendant as follows:

a.      A judgment that Defendant has directly and jointly infringed, and continues to infringe, one or more claims of each of the Asserted Patents;

b.      A judgment awarding Plaintiff all damages adequate to compensate for Defendant's infringement, and in no event less than a reasonable royalty for Defendant's acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate allowed by law;

c. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Plaintiff its reasonable attorneys' fees; and

d. A judgment awarding Plaintiff such other relief as the Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of this action.

Dated: March 27, 2023

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin
tdevlin@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorney for Plaintiff,*
*Web 2.0 Technologies, LLC.*